CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARISH TUMMALACHERLA,<br>Plaintiff,<br>v.<br>JOSEPH B. EDLOW, *et al.*,<br>Defendants. | Case No. ~~3~~4:26-cv-01813-JST<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND ~~[PROPOSED]~~ ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before May 18, 2026. The parties make this request because Defendants' counsel had to take unexpected medical leave. The parties respectfully request that the Court grant their stipulation.

//

//

//

Dated: May 11, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 11, 2026

*/s/ Jessica T. Arena*
JESSICA T. ARENA
Law Offices of Jessica T. Arena
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 15, 2026



HON. JON S. TIGAR
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On March 3, 2026, Plaintiff filed a complaint in which he seeks adjudication of his Form I-526E, Immigrant Petition by Regional Center Investor and Form I-485, Application to Register Permanent Residence or Adjust Status. *See* Dkt. No. 1. Our office was served with the complaint on March 9, 2026.

3. Although I have been working on Defendants' response, I was unable to complete due to my need to take an unexpected medical leave. I will work in good faith to prepare and finalize Defendants' response but will need a brief period of additional time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 11, 2026

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney